# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No. CR-17-50185-01-PHX-SPL |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Benjamin Pena, | ) |
| Defendant. | ) |

The Court has reviewed and considered the Defendant's Motion to for Early Termination of Supervised Release (Doc. 2) and the Government's Response (Doc. 3). No reply was filed. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Early Termination (Doc. 2) is **denied.**

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____ from_____ to _____.

Dated this 13th day of July, 2018.

Honorable Steven P. Logan
United States District Judge