ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Benjamin Pena,<br><br>　　　　　Defendant. | CR-17-50185-PHX-SPL<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

The government objects to the defendant's second request for early termination due to the sizable amount of restitution still owed. According to the probation officer, the defendant is paying $70 each month towards his restitution with an outstanding balance of $1,074,182.31. He has paid approximately $11,000 since his last request. The original amount of restitution was $1,280,000.00.

Pena was convicted by a jury of Count One of Indictment No. 09-00585, charging conspiracy to submit false claims, in violation of 18 U.S.C. §§ 371 and 287, and contrary to the provisions of 18 U.S.C. § 371; Counts Two and Three, submission of false claims in violation of 18 U.S.C. § 287; and Counts Five and Six, charging mail fraud in violation of 18 U.S.C. § 134.

The defendant was involved in a nationwide complex scheme to defraud the Federal Communications Commission. He and many others participated in running up the number of minutes in a telephone system use by deaf or hard of hearing individuals to make telephone calls. The defendant would submit the "minutes" of phone calls which were

actually accumulated by his employees at his direction, to the Federal government for fraudulent reimbursement.

    It is the opinion of the probation officer that due to the extremely large amount of restitution owing that he finish serving the remaining term of 9 months. The defendant has been on the low-intensity caseload since last year and it has not interfered with his employment. The government will defer to the opinion of the probation department and ask the Court to deny the early termination request.

    Respectfully submitted this 12th day of February 2019.

ELIZABETH A. STRANGE  
First Assistant United States Attorney  
District of Arizona

*s/Vincent Q. Kirby*  
VINCENT Q. KIRBY  
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a copy mailed to Benjamin Pena.

Copy mailed this same date to:

Benjamin Pena  
15757 North 90th place  
Apt. # 2071  
Scottsdale AZ  85260

*s/Heidi Kinwald*  
U.S. Attorney's Office